IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. RALPH S. BEREN, ED.D., | No. C-06-4706 MMC |
| Plaintiff, <br> v. <br> BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, et al., <br> Defendants / | **ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Before the Court is plaintiff's request, filed October 26, 2006, for a 30-day continuance of the case management conference, currently scheduled for November 17, 2006, for the stated reason that because defendants have recently been served, insufficient time exists to meet and confer prior to the conference.

Good cause appearing, the case management conference is hereby CONTINUED to December 15, 2006. A joint case management conference statement shall be filed no later than December 8, 2006.

Plaintiff is hereby ORDERED to serve, no later than November 3, 2006, a copy of this order on defendants, and to file proof of such service by that date.

**IT IS SO ORDERED.**

Dated: October 27, 2006

MAXINE M. CHESNEY
United States District Judge