PHILIP STEVEN HORNE, ESQ. 173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
LABOR AND PROPERTY LITIGATION

| | |
|---|---|
| Office: | 1155 Market Street |
| | San Francisco, California 94103 |
| Electronic: | philhorne@sbcglobal.net |
| Voice: | 415.552.2740 and 415.553.7781 |
| Facsimile: | 415.552.2770 and 415.553.7791 |

ATTORNEYS FOR PLAINTIFF DR. RALPH S. BEREN, EDD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. RALPH S. BEREN, ED.D, | No. 3:06-CV-04706-MMC |
| Plaintiff, | |
| | **STIPULATED ORDER EXTENDING DATE FOR RESPONSIVE PLEADING FOR ELK GROVE DEFENDANTS** |
| v. | |
| BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, an Entity of the State of California, CALIFORNIA STATE UNIVERSITY, an Entity of the State of California, JACOB E. PEREA, ED.D, an Individual, in his Individual and Representative Capacities as Dean of School of Education of California State University, NATHAN T. AVANI, PH.D, an Individual, in his Individual and Representative Capacities as Chair of Department of Secondary Education of California State University, ELK GROVE UNIFIED SCHOOL DISTRICT, an Entity of the State of California, KIMI KANEKO, an Individual, in her Individual and Representative Capacities as Program Administrator of Elk Grove Unified School District, ELIZABETH KANEKO, an Individual, in her Individual and Representative Capacities as Supervisor of Elk Grove Unified School District, and DOES 1-300, | |
| Defendants. | |

*Stipulated Order Extending Date for Responsive Pleading*
*Page 1*

Plaintiff and appearing defendants Elk Grove Unified School District, Kimi Kaneko, and Elizabeth Kaneko hereby stipulate and agree as follows:

1) Plaintiff and defendants have engaged in a verbal meet and confer about plaintiff's intention to file a first amended complaint,

2) Defendants have expressed concerns about some of the causes of action set forth,

3) Defendants have agreed to meet and confer with plaintiff in writing by 2006 November 16 regarding said concerns,

4) Plaintiff shall consider said meet and confer and file his first amended complaint by 2006 November 20, and

5) Defendants' time to respond is extended accordingly until twenty (20) days after service of the amended complaint.

SO STIPULATED.

Dated:  2006 November 08        /s/Philip Steven Horne, Esq.
                                Philip Steven Horne, Esq.
                                LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
                                LABOR AND PROPERTY LITIGATION
                                ATTORNEYS FOR PLAINTIFF BEREN

                                /s/Michael W. Pott, Esq.
                                Michael W. Pott, Esq.
                                PORTER, SCOTT, WEIBERG & DELEHANT
                                ATTORNEYS FOR ELKGROVE DEFENDANTS

SO ORDERED.

2006 November  16               _____
                                The Honorable Maxine M. Chesney
                                JUDGE OF THE UNITED STATES DISTRICT COURT