PHILIP STEVEN HORNE, ESQ. 173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
LABOR AND PROPERTY LITIGATION

    Office:       1155 Market Street
                      San Francisco, California 94103
    Electronic:  philhorne@sbcglobal.net
    Voice:       415.552.2740 and 415.553.7781
    Facsimile:   415.552.2770 and 415.553.7791

ATTORNEYS FOR PLAINTIFF DR. RALPH S. BEREN, EDD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. RALPH S. BEREN, ED.D, | ) No. 3:06-CV-04706-MMC |
| Plaintiff, | ) |
| | ) **STIPULATED ORDER EXTENDING** |
| v. | ) **DATE FOR FRCP 26(a) DISCLOSURE TO** |
| | ) **2006 JANUARY 08** |
| BOARD OF TRUSTEES OF | ) |
| CALIFORNIA STATE UNIVERSITY, | ) |
| an Entity of the State of California, | ) |
| CALIFORNIA STATE UNIVERSITY, | ) |
| an Entity of the State of California, | ) |
| JACOB E. PEREA, ED.D, an Individual, | ) |
| in his Individual and Representative Capacities as | ) |
| Dean of School of Education of California State | ) |
| University, | ) |
| NATHAN T. AVANI, PH.D, an Individual, | ) |
| in his Individual and Representative Capacities as | ) |
| Chair of Department of Secondary Education of | ) |
| California State University, | ) |
| ELK GROVE UNIFIED SCHOOL DISTRICT, | ) |
| an Entity of the State of California, | ) |
| KIMI KANEKO, an Individual, | ) |
| in her Individual and Representative Capacities as | ) |
| Program Administrator of Elk Grove Unified School | ) |
| District, | ) |
| ELIZABETH KANEKO, an Individual, | ) |
| in her Individual and Representative Capacities as | ) |
| Supervisor of Elk Grove Unified School District, and | ) |
| DOES 1-300, | ) |
| Defendants. | ) |

Plaintiff and defendants hereby stipulate and agree as follows:

1) Plaintiff and defendants have engaged in a verbal meet and confer about their FRCP 26(a) Disclosures,

2) The date for such disclosure was accidentally continued to 2007 January 07—a Sunday.

3) Plaintiff and defendants have agreed to continue the date for initial disclosure to Monday, 2007 January 08.  Initial disclosures shall be served, by personal or mail serve, not later than 2007 January 08.

SO STIPULATED.

Dated:  2006 November 30           /s/Philip Steven Horne, Esq.
                                   Philip Steven Horne, Esq.
                                   LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
                                   ATTORNEYS FOR PLAINTIFF BEREN


                                   /s/Lisa Plank-Schwartz, Esq.
                                   Lisa Plank-Schwartz, Esq.
                                   WRIGHT, ROBINSON, OSTHIMER & TATUM
                                   ATTORNEYS FOR CALIFORNIA STATE
                                   UNIVERSITY DEFENDANTS


                                   /s/Michael W. Pott, Esq.
                                   Michael W. Pott, Esq.
                                   PORTER, SCOTT, WEIBERG & DELEHANT
                                   ATTORNEYS FOR ELKGROVE DEFENDANTS


SO ORDERED.

~~2006 November ___~~
 Dated: December 1, 2006           _____
                                   The Honorable Maxine M. Chesney
                                   JUDGE OF THE UNITED STATES DISTRICT COURT