1  Charles H. Horn, (State Bar No 063362)
   Lisa Plank-Schwartz (State Bar No 153737)
2  WRIGHT, ROBINSON, OSTHIMER & TATUM
   44 Montgomery Street, 18th Floor
3  San Francisco, California 94104-4705
   Telephone: (415) 391-7111
4  Telefax: (415) 391-8766

5  Attorneys for Defendants
   BOARD OF TRUSTEES OF CALIFORNIA STATE
6  UNIVERSITY, ET AL.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH S. BEREN, ED.D.,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF<br>CALIFORNIA STATE UNIVERSITY,<br>an Entity of the State of California,<br>CALIFORNIA STATE UNIVERSITY,<br>an Entity of the State of California,<br>JACOB E. PEREA, ED.D, an Individual,<br>in his Individual and Representative Capacities as Dean<br>of School of Education of California State University,<br>NATHAN T. AVANI, PH.D, an Individual,<br>in his Individual and Representative Capacities as Chair<br>of Department of Secondary Education of<br>California State University,<br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br>an Entity of the State of California,<br>KIMI KANEKO, an Individual,<br>in her Individual and Representative Capacities as<br>Program Administrator of Elk Grove Unified School<br>District,<br>ELIZABETH KANEKO, an Individual,<br>in her Individual and Representative Capacities as<br>Supervisor of Elk Grove Unified School District,<br>and DOES 1-300,<br><br>Defendants. | Case No.: 3:06-CV-04706-MMC<br>PROPOSED<br>STIPULATED ^ ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE TO DECEMBER 22, 2006 ; ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JANUARY 12, 2007 |

STIPULATED ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE TO DECEMBER 22, 2006

U.S.D.C Case No. Civ. 3:06-CV-04706 MMC

1

Plaintiff, California State University defendants and Elk Grove defendants hereby stipulate and agree as follows:

1) The initial case management conference in this matter was rescheduled at plaintiff's request prior to an opportunity for consultation concerning defense counsel availability,

2) The current CMC date of December 15, 2006 conflicts with a prior engagement of counsel for the CSU defendants,

3) Counsel for CSU defendants has consulted with counsel for plaintiff and for the Elk Grove defendants, and all parties have agreed to continue the CMC from December 15, 2006 to December 22, 2006, at 10:30 a.m., and

4) A joint case management statement shall be filed no later than December 15, 2006.

SO STIPULATED.

Dated: 2006 November 30

/s/Lisa Plank-Schwartz, Esq.
Lisa Plank-Schwartz, Esq.
Charles H. Horn, Esq.
WRIGHT, ROBINSON, OSTHIMER & TATUM
ATTORNEYS FOR CSU DEFENDANTS

/s/Philip Steven Horne, Esq.
Philip Steven Horne, Esq.
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
LABOR AND PROPERTY LITIGATION
ATTORNEYS FOR PLAINTIFF BEREN

/s/Michael W. Pott, Esq.
Michael W. Pott, Esq.
PORTER, SCOTT, WEIBERG & DELEHANT
ATTORNEYS FOR ELK GROVE DEFENDANTS

In light of the unavailability of the Court on December 22, 2006, the conference is continued to January 12, 2007. SO ORDERED.

2006 December  1

The Honorable Maxine M. Chesney
JUDGE OF THE UNITED STATES DISTRICT COURT

2

STIPULATED ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE TO DECEMBER 22, 2006

U.S.D.C Case No. Civ. 3:06-CV-04706 MMC