PHILIP STEVEN HORNE, ESQ. 173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
LABOR AND PROPERTY LITIGATION

| | |
|---|---|
| Office: | 1155 Market Street |
| | San Francisco, California 94103 |
| Electronic: | philhorne@sbcglobal.net |
| Voice: | 415.552.2740 and 415.553.7781 |
| Facsimile: | 415.552.2770 and 415.553.7791 |

ATTORNEYS FOR PLAINTIFF DR. RALPH S. BEREN, EDD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. RALPH S. BEREN, ED.D, | No.  3:06-CV-04706-MMC |
| Plaintiff, | **STIPULATED ORDER FURTHER EXTENDING DATE FOR RESPONSIVE PLEADING** |
| v. | |
| BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, an Entity of the State of California, CALIFORNIA STATE UNIVERSITY, an Entity of the State of California, JACOB E. PEREA, ED.D, an Individual, in his Individual and Representative Capacities as Dean of School of Education of California State University, NATHAN T. AVANI, PH.D, an Individual, in his Individual and Representative Capacities as Chair of Department of Secondary Education of California State University, ELK GROVE UNIFIED SCHOOL DISTRICT, an Entity of the State of California, KIMI KANEKO, an Individual, in her Individual and Representative Capacities as Program Administrator of Elk Grove Unified School District, ELIZABETH KANEKO, an Individual, in her Individual and Representative Capacities as Supervisor of Elk Grove Unified School District, and DOES 1-300, | |
| Defendants. | |

Plaintiff and defendants hereby stipulate and agree as follows:

1) Plaintiff and defendants have engaged in a meet and confer effort regarding the final language of the complaint,

2) Based on said meet and confer, plaintiff drafted and filed his First Amended Complaint,

3) Defendants have engaged in a meet and confer effort regarding the First Amended Complaint,

4) Plaintiff has agreed to respond to said meet and confer,

5) Plaintiff and defendants agree to the following time table:

   a) Plaintiff shall consider said meet and confer and respond, in writing, by 2006 December 18th,

   b) Defendants shall consider said response and further respond, in writing, by 2006 December 22nd,

   c) Plaintiff shall consider said response and further respond, in writing, by 2006 December 26th,

   d) Defendants shall consider said response and further respond, in writing, by 2006 December 30th, and

   e) If plaintiff determines that a further amendment is necessary, plaintiff shall file his Second Amended Complaint by 2007 January 8th and defendants shall have twenty (20) days to respond thereto.  If plaintiff determines that no amendment is necessary, plaintiff shall so notify defendants on 2007 January 8th and defendants shall have twenty days to respond.

///

///

SO STIPULATED.

Dated:  2006 December 14

/s/Philip Steven Horne, Esq.
Philip Steven Horne, Esq.
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
ATTORNEYS FOR PLAINTIFF BEREN


/s/Lisa Plank-Schwartz, Esq.
Lisa Plank-Schwartz, Esq.
WRIGHT, ROBINSON, OSTHIMER & TATUM
ATTORNEYS FOR CALIFORNIA STATE UNIVERSITY DEFENDANTS


/s/Michael W. Pott, Esq.
Michael W. Pott, Esq.
PORTER, SCOTT, WEIBERG & DELEHANT
ATTORNEYS FOR ELKGROVE DEFENDANTS


SO ORDERED.

2006 December  18

_____
The Honorable Maxine M. Chesney
JUDGE OF THE UNITED STATES DISTRICT COURT