PHILIP STEVEN HORNE, ESQ. 173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
LABOR AND PROPERTY LITIGATION

| | |
|---|---|
| Office: | 1155 Market Street |
| | San Francisco, California 94103 |
| Electronic: | philhorne@sbcglobal.net |
| Voice: | 415.552.2740 and 415.553.7781 |
| Facsimile: | 415.552.2770 and 415.553.7791 |

ATTORNEYS FOR PLAINTIFF DR. RALPH S. BEREN, EDD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. RALPH S. BEREN, ED.D, | No. 3:06-CV-04706-MMC |
| Plaintiff, | **STIPULATED ORDER ON EX PARTE REQUEST FOR CONTINUANCE OF HEARING DEFENDANT'S FRCP 12(b)(6) MOTIONS TO DISMISS** |
| v. | |
| BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, an Entity of the State of California, CALIFORNIA STATE UNIVERSITY, an Entity of the State of California, JACOB E. PEREA, ED.D, an Individual, in his Individual and Representative Capacities as Dean of School of Education of California State University, NATHAN T. AVANI, PH.D, an Individual, in his Individual and Representative Capacities as Chair of Department of Secondary Education of California State University, ELK GROVE UNIFIED SCHOOL DISTRICT, an Entity of the State of California, KIMI KANEKO, an Individual, in her Individual and Representative Capacities as Program Administrator of Elk Grove Unified School District, ELIZABETH KANEKO, an Individual, in her Individual and Representative Capacities as Supervisor of Elk Grove Unified School District, and DOES 1-300, | |
| Defendants. | |

*Stipulated Order on Ex Parte Request for Continuance of Hearing on Defendant's FRCP 12(b)(6) Motions to Dismiss*
*Page 1*

The parties hereby stipulate to move the hearing date of the FRCP 12(b)(6) motions of Defendants California State University, Board of Trustees of California State University, Jacob Perea, Nathan Avani, Elk Grove Unified School District, Kimi Kaneko, and Elizabeth Kaneko from 2007 March 09 and 2007 March 23 *to 2007 March 30.*

SO STIPULATED.

Dated:  2007 February 13          /s/Philip Steven Horne, Esq.
                                  Philip Steven Horne, Esq.
                                  LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
                                  ATTORNEYS FOR PLAINTIFF BEREN


                                  /s/Lisa Plank-Schwartz, Esq.
                                  Lisa Plank-Schwartz, Esq.
                                  WRIGHT, ROBINSON, OSTHIMER & TATUM
                                  ATTORNEYS FOR CALIFORNIA STATE
                                  UNIVERSITY DEFENDANTS


                                  /s/Michael W. Pott, Esq.
                                  Michael W. Pott, Esq.
                                  PORTER, SCOTT, WEIBERG & DELEHANT
                                  ATTORNEYS FOR ELKGROVE DEFENDANTS


SO ORDERED.


Dated: February 13, 2007          _____
                                  The Honorable Maxine M. Chesney
                                  JUDGE OF THE UNITED STATES DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA