1  Charles H. Horn, (State Bar No 063362)
   Lisa Plank-Schwartz (State Bar No 153737)
2  WRIGHT, ROBINSON, OSTHIMER & TATUM
   44 Montgomery Street, 18th Floor
3  San Francisco, California  94104-4705
   Telephone:  (415) 391-7111
4  Telefax:  (415) 391-8766

5  Attorneys for Defendants
   BOARD OF TRUSTEES OF CALIFORNIA STATE
6  UNIVERSITY, ET AL.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH S. BEREN, ED.D., | Case No.: 3:06-CV-04706-MMC |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DATE FOR MEDIATION TO APRIL 24, 2007 |
| v. | |
| BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, an Entity of the State of California, CALIFORNIA STATE UNIVERSITY, an Entity of the State of California, JACOB E. PEREA, ED.D, an Individual, in his Individual and Representative Capacities as Dean of School of Education of California State University, NATHAN T. AVANI, PH.D, an Individual, in his Individual and Representative Capacities as Chair of Department of Secondary Education of California State University, ELK GROVE UNIFIED SCHOOL DISTRICT, an Entity of the State of California, KIMI KANEKO, an Individual, in her Individual and Representative Capacities as Program Administrator of Elk Grove Unified School District, ELIZABETH KANEKO, an Individual, in her Individual and Representative Capacities as Supervisor of Elk Grove Unified School District, and DOES 1-300, | |
| Defendants. | |

Plaintiff, California State University defendants and Elk Grove defendants hereby stipulate and agree as follows:

1) According to District Court Local Rules, the initial date by which mediation was to have been completed in this matter was April 12, 2007.  Following the first mediation-scheduling telephone conference between all parties' counsel and Court-appointed mediator Linda McSweyn, mediation was initially set for April 11, 2007.

2) On March 19, 2007, all parties' counsel and mediator Linda McSweyn held a second mediation-scheduling telephone conference, at which it was agreed that it is appropriate to extend the time for mediation and reschedule the mediation date, in order that some limited discovery can be completed before the mediation.

3) All parties have agreed to reschedule the mediation for April 24, 2007, at 9:00 a.m., at the District Court.

SO STIPULATED.

Dated:  March 23, 2007  /s/ Lisa Plank-Schwartz, Esq.
WRIGHT, ROBINSON, OSTHIMER & TATUM
ATTORNEYS FOR CSU DEFENDANTS

/s/ Philip Steven Horne, Esq.
Philip Steven Horne, Esq.
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
ATTORNEY FOR PLAINTIFF BEREN

/s/ Steven Casker, Esq.
Michael W. Pott, Esq.
Steven Casker, Esq.
PORTER, SCOTT, WEIBERG & DELEHANT
ATTORNEYS FOR ELK GROVE DEFENDANTS

SO ORDERED.

March 26, 2007

_____
The Honorable Maxine M. Chesney
JUDGE OF THE UNITED STATES DISTRICT COURT

2

STIPULATION AND ORDER EXTENDING DATE FOR MEDIATION TO APRIL 24, 2007

U.S.D.C Case No. Civ. 3:06-CV-04706 MMC