Charles H. Horn, (State Bar No 063362)
Lisa Plank-Schwartz (State Bar No 153737)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California  94104-4705
Telephone:  (415) 391-7111
Fax:            (415) 391-8766

Attorneys for Defendants
BOARD OF TRUSTEES OF CALIFORNIA STATE
UNIVERSITY, ET AL.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH S. BEREN, ED.D., | Case No.: 3:06-CV-04706-MMC |
| Plaintiff, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DISCOVERY** |
| v. | |
| BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, an Entity of the State of California, CALIFORNIA STATE UNIVERSITY, an Entity of the State of California, NATHAN T. AVANI, PH.D, an Individual, in his Individual and Representative Capacities as Chair of Department of Secondary Education of California State University, ELK GROVE UNIFIED SCHOOL DISTRICT, an Entity of the State of California, ELIZABETH KANEKO, an Individual, in her Individual and Representative Capacities as Supervisor of Elk Grove Unified School District, and DOES 1-300, | |
| Defendants. | |

Before this Court is the motion of Defendants BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, CALIFORNIA STATE UNIVERSITY and NATHAN AVANI ("CSU DEFENDANTS") seeking an order pursuant to Civil Local Rule 6-3, extending the discovery cut-off in this action from its current date of August 24, 2007, to and including November 26, 2007, and extending related dates accordingly.   ELK GROVE UNIFIED

1  SCHOOL DISTRICT and ELIZABETH KANEKO ("ELK GROVE DEFENDANTS") concur in
2  this request. Plaintiff RALPH BEREN has not filed any opposition.
3      Good cause for such continuance and extension having been shown,
4      IT IS ORDERED that the current discovery cut-off date of August 24, 2007, and related
5  dates, are hereby vacated, and a new schedule is set forth in the Amended Pretrial Preparation
6  Order filed concurrently herewith.

8  Dated: July 31, 2007

   _____
   District Court Judge