PHILIP STEVEN HORNE, ESQ. 173183
LAW OFFICE OF PHILIP STEVEN HORNE, ESQ.

    Office:       1155 Market Street
                      San Francisco, California 94103
    Voice:       415.552.2740 and 415.553.7781
    Facsimile:   415.552.2770 and 415.553.7791
    Electronic:  philhorne@sbcglobal.net
    Post:        377 Hermann Street
                      San Francisco, California 94117

ATTORNEY FOR PLAINTIFF DR. RALPH S. BEREN, EDD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. RALPH S. BEREN, EDD,<br><br>  Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF<br>CALIFORNIA STATE UNIVERSITY,<br>an Entity of the State of California,<br>CALIFORNIA STATE UNIVERSITY,<br>an Entity of the State of California,<br>NATHAN T. AVANI, PHD, an Individual,<br>in his Individual and Representative Capacities as<br>Chair of Department of Secondary Education of<br>California State University,<br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br>an Entity of the State of California,<br>ELIZABETH KANEKO, an Individual,<br>in her Individual and Representative Capacities as<br>Supervisor of Elk Grove Unified School District,<br>and DOES 1-300,<br><br>  Defendants. | No. 3:06-CV-04706-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL FRCP 41** ; ORDER THEREON |

TO THE COURT, ALL PARTIES, AND THE ATTORNEYS FOR THE PARTIES:  PLEASE TAKE NOTICE that Plaintiff received the settlement proceeds and, accordingly, requests the court dismiss the present action with prejudice.

Dated:  2008 January 15          /s/Philip Steven Horne, Esq.
Philip Steven Horne, Esq.
LAW OFFICE OF PHILIP STEVEN HORNE, ESQ.
ATTORNEY FOR PLAINTIFF DR. RALPH S. BEREN, ED.D

## ORDER

Pursuant to plaintiff's request, the instant action is DISMISSED with prejudice.

DATED: January 17, 2008

UNITED STATES DISTRICT JUDGE

*Notice of Voluntary Dismissal*
*Page 2*